# THE UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA

**YANCEY ALEXANDER**
**612 Kolb Street**
**Fairmont Heights, Md. 20743**

**Vs.**

Case: 1:15-cv-01531
Assigned To : Howell, Beryl A.
Assign. Date : 9/21/2015
Description: TRO/PI (D)

**THE DISTRICT OF COLUMBIA**
**Office of The Attorney General**
**400-Sixth Street, NW**
**Washington, DC 20024**

## COMPLAINT FOR TEMPORARY RESTRAINING ORDER

The Complainant, Mr. Yancey Alexander, comes now, by and through his counsel, The Law Office of Lawrence B. Manley, 700-Twelfth Street, NW, Suite 700, Washington, DC, 20005, to humbly request that This Honorable Court temporarily restrain The Superior Court for The District of Columbia from sentencing Mr. Alexander in Docket Number 2014, CTF8321, Closed Case, before The Honorable Zoe Bush, of That Esteemed Court.

This complaint is filed pursuant to Rule 65 of The Federal Rules of Civil Procedure. This Court has jurisdiction over this matter because it turns on question of the application of Article IV Section One, of The United States Constitution. The contents follow below.

1. An actual controversy exists between the parties involving substantial constitutional issues, in that the actions of the Superior Court violate the federal constitutional guarantee to the citizens of the District of Columbia to a republican form of government.

## JURISDICTION AND VENUE

2. This action arises under Article IV, Section One of the United States Constitution, 42 U.S.C. §1983.

**RECEIVED**
**SEP 21 2015**
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

This Court has jurisdiction of this claim under, and by virtue of, 28 U.S.C. §§1331, 2201-02. Venue is proper under 28 U.S.C. §1391 (b). Each and all of the acts alleged herein were done by the Superior Court of the District of Columbia.

1. On February 9th, 2011, Mr. Alexander entered a guilty plea to Driving While Intoxicated. The plea was entered in The District Court of Maryland for Anne Arundel (A.A.) County.

2. In exchange for his plea, Mr. Alexander was given a Probation Before Judgment (PBJ,) pursuant to The Annotated Code of Maryland, Criminal Law Article, Section 6-220.

3. In short, Section 6-220 of The Maryland Criminal Law Article establishes that a PBJ operates to keep the conviction from appearing on a defendant's record, so long as the defendant completes his probation successfully. A PBJ may be expunged. It may not be appealed. And no disability is to attach to a defendant because of the assignment of a PBJ.

4. In spite of this legislative language, The Office of The Attorney General (OAG,) for The District of Columbia obtained a ruling from The District of Columbia Court of Appeals (DCCA,) in a purportedly parallel case which serves to determine that Maryland PBJs do qualify for use as enhanced sentencing predicates.

5. However, The DCCA failed to analyze either The Maryland Statute named above, The Maryland legislative intent or, The Full Faith and Credit Clause of Article Four, Section One, of The United States Constitution. Therefore, Mr. Alexander believes that his pending sentencing in The Superior Court Case named above, threatens to irreparably violate his constitutional rights, as protected by Article Four, Section One.

6. Indeed, The Sentencing in The Superior Court is set for, Today, Monday, September 21st, 2015. The sentence pursued by The Office of The Attorney General is ten (10) days incarceration. Mr. Alexander has confirmed that he will be terminated from his full-time employment if this sentence is imposed.

7. Mr. Williams has no source of income, savings or, sustenance other than that which he earns from his current job. Hence, all of the foreseeable consequences for Mr. Alexander and his family will quickly take hold if the threatened sentence is imposed. These consequences include loss of income, loss of housing and the ability to provide all other, "necessaries," of daily life.

8. The harm from the legal and economic circumstances described here will be irreparable.

9. The District of Columbia has been notified of this filing.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment as follows:

C.   That this Court immediately issue a Temporary Restraining Order against Defendants, Superior Court of the District of Columbia from violating Plaintiff's rights under Article 4, §1 of the United States Constitution;


FOR ALL OF THESE REASONS, Mr. Yancey Alexander, by and through his counsel named above, sincerely requests that this Complaint for Temporary Restraining Order be granted for a period not to exceed fourteen (14) days and, that a Hearing be granted within that time, so that the underlying questions of Maryland Probations Before Judgment and, Full Faith and Credit may be substantively decided by This Honorable Court at that time.


THE LAW OFFICE OF LAWRENCE B. MANLEY AND
ASSOCIATES   Bar # 379702
700-Twelfth Street, NW, Suite 700,
Washington, DC 20005
By:

_____
Lawrence B. Manley, Esquire

CERTIFICATION

I hereby verify and certify that the facts and circumstances set forth above are correct. I further certify that my counsel, named above, has prepared and filed these papers at my request. Further still,

Mr. Manley has explained the several implications of my filing and/or not filing these papers. I am above eighteen (18) years of age and of sound, clear mind. Against this background, I have signed these papers.

*(signature)*
_____
Yancey Alexander